EBRA S. STURMER (State Bar No. 105276)
LAINIE E. COHEN (State Bar No. 216726)
LERCH STURMER LLP
333 Bush Street, Ste. 2020
San Francisco, California 94104
Telephone:   (415) 217-6340
Facsimile:   (415) 217-2782

Attorneys for Plaintiff EVLEEN SALEM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVLEEN SALEM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HERITAGE SQUARE, INC. doing business as HERITAGE HOUSE GALLERIES, a California Corporation; PATRICK TUNNEY an individual; JOE CAPUTO an individual and Does 1 through 50,<br><br>Defendants. | Case No.: C 06-04691 WHA<br><br>[PROPOSED] ORDER GRANTING PARTIES REQUEST TO EXTEND THE TIME TO COMPLETE MEDIATION |

The parties, by and through their counsel of record, stipulate to extend the time to complete mediation from February 7, 2007 until March 15, 2007. PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 23, 2007           By _____

IT IS SO ORDERED.
Judge William Alsup

The Honorable William Alsup
JUDGE of the UNITED STATES DISTRICT COURT

1
[PROPOSED] ORDER TO EXTEND THE TIME TO COMPLETE MEDIATION