United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVLEEN SALEM, an individual, | No. C 06-04691 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING PARTIES' STIPULATION TO EXTEND DISCOVERY CUTOFF** |
| HERITAGE SQUARE INC., a California Corporation, dba HERITAGE HOUSE GALLERIES, PATRICK TUNNEY, an individual, JOE CAPUTO, an individual, and DOES 1–50, | |
| Defendants. | |

Good cause not shown, parties' stipulation to extend the non-expert discovery cutoff is **DENIED**. The Court will not entertain any discovery disputes arising after the discovery cutoff, June 1, 2007.

**IT IS SO ORDERED.**

Dated: May 1, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE