United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVLEEN SALEM, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HERITAGE SQUARE INC., doing business as HERITAGE HOUSE GALLERIES, a California corporation; PATRICK TUNNEY, an individual; JOE CAPUTO, an individual;<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　/ | No. C 06-04691 WHA<br><br>**NOTICE TO CHIEF MAGISTRATE JUDGE** |

　　　This matter was previously referred to Judge Maria-Elena James for the purpose of mediation and settlement. Her chambers has informed us that she does not have time to mediate this matter. The undersigned requests that the Chief Magistrate Judge refer this matter to a different magistrate judge for mediation and settlement. Trial in this action is set for October 22, 2007.

**IT IS SO ORDERED.**

Dated: September 13, 2007.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE