IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVLEEN SALEM, an individual, | No. C 06-04691 WHA |
| Plaintiff, | |
| v. | **ORDER RE MOTION FOR CONTINUANCE OF TRIAL** |
| HERITAGE SQUARE INC., doing business as HERITAGE HOUSE GALLERIES, a California corporation; PATRICK TUNNEY, an individual; JOE CAPUTO, an individual; | |
| Defendants. | |

The Court has received defendants' motion for a continuance of the trial and related dates. Plaintiff's counsel is asked to file a response to the request no later than **SEPTEMBER 24, 2007, AT NOON**. A hearing on defendants' motion for a continuance is set for **THURSDAY, SEPTEMBER 27, 2007, AT 2:00 P.M.**

With respect to the settlement conference scheduled for October 10, 2007, any request to reschedule it must be presented to Magistrate Judge Laporte.

**IT IS SO ORDERED.**

Dated: September 19, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE